full information, and that he was admonished by the Court that he would be 'well advised' to tell the probation authorities the whole story even though it might involve others."

*George F. Callaghan* for Gordon, and *Maurice J. Walsh* for MacLeod, petitioners. *Solicitor General Perlman, Assistant Attorney General McInerney and Beatrice Rosenberg* for the United States. ▮.

No. 193. FORD MOTOR Co. *v.* HUFFMAN ET AL.; and

No. 194. INTERNATIONAL UNION, UNITED AUTOMOBILE, AIRCRAFT & AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, CIO, *v.* HUFFMAN ET AL. C. A. 6th Cir. Certiorari granted. Motion for leave to file brief of Veterans of Foreign Wars of the United States, as *amicus curiae,* denied. *William T. Gossett, L. Homer Surbeck* and *Richard W. Hogue, Jr.* for petitioner in No. 193. *Lowell Goerlich* and *Sol Goodman* for petitioner in No. 194. *Samuel M. Rosenstein* for respondents. Briefs of *amici curiae* supporting the petition in No. 193 were filed by *Nicholas Kelley, Francis S. Bensel* and *Hancock Griffin, Jr.* for the Chrysler Corporation; and *George Morris Fay* for the Briggs Manufacturing Co. *Louis S. Lebo* filed a brief for the Electric Auto-Lite Co., as *amicus curiae,* supporting the petitions. Reported below: 195 F. 2d 170.

No. 238. NATIONAL LABOR RELATIONS BOARD *v.* GAMBLE ENTERPRISES, INC. C. A. 6th Cir. Certiorari granted. *Solicitor General Perlman* and *George J. Bott* for petitioner.

No. 9, Misc. WARD *v.* UNITED STATES. C. A. 5th Cir. Certiorari granted. *James T. Wright* for petitioner. *Solicitor General Perlman, Assistant, Attorney General*